|     |     |
| --- | --- |
| 1   |     |
| 2   |     |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| CHARLES WILLIAMS, D-83893, | ) | |
|---|---|---|
| Petitioner, | ) | No. C 11-0123 CRB (PR) |
| vs. | ) | ORDER OF TRANSFER |
| VINCE CULLEN, Acting Warden, | ) | |
| Respondent. | ) | |

Petitioner seeks federal habeas review of a conviction and sentence from Los Angeles County Superior Court, which lies within the venue of the Central District of California, Western Division. See 28 U.S.C. § 84(c)(2). Petitioner is incarcerated at San Quentin State Prison in Marin County, which lies within the venue of this judicial district. See id. § 84(a).

Venue is proper in a habeas action in either the district of confinement or the district of conviction, see id. § 2241(d); however, petitions challenging a conviction and/or sentence preferably are heard in the district of conviction. See Habeas L. R. 2254-3(a); Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993).

1  Because Los Angeles County lies in the Western Division of the Central District
2  of California, the court ORDERS that pursuant to 28 U.S.C. § 1404(a) and Habeas Local
3  Rule 2254-3(b), and in the interest of justice, this petition be TRANSFERRED to the
4  United States District Court for the Central District of California, Western Division.
5  The clerk shall transfer this matter and terminate all pending motions as moot.
6  SO ORDERED.
7  DATED:  Jan. 18, 2011

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.11\Williams, C1.transfer.wpd

2